[No. 20391-3-III.   Division Three.   October 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CEPHAS WILLIAM PARHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00470-1, James M. Murphy, J., entered August 9, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.

[No. 20636-0-III.   Division Three.   October 29, 2002.]

THE CITY OF SPOKANE, *Respondent*, v. H. NEIL VON HOLT, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-2-04630-2, Salvatore F. Cozza, J., entered October 26, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 20657-2-III.   Division Three.   October 29, 2002.]

*In the Matter of the Marriage of* REBECCA A. SEYLER, *Respondent*, and MICKAEL J. SEYLER, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 00-3-00007-5, Larry M. Kristianson, J., entered October 26, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.

[No. 19961-4-III.   Division Three.   October 31, 2002.]

FRANK HERNANDEZ, *as Yakima County Tax Assessor*, ET AL., *Appellants*, v. RAY HALL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-2-03016-1, C. James Lust, J., entered January 17, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Kurtz and Kato, JJ.